## SWEET v. SANFORD, Warden.
### No. 9641.

Circuit Court of Appeals, Fifth Circuit.
Oct. 26, 1940.

Harry Sweet, in pro. per., for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and John J. Flynt, Jr., Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

In sentencing on separate counts charging distinct crimes imprisonment may be adjudged on one and probation on the

other. Misconduct during probation is ground for its revocation by the court which granted it, whether or not the same judge who granted probation is holding court when the question of revocation is decided. A different judge can revoke it.

Judgment affirmed.